# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135549

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 135549
                                   COA: 280930
JEFFREY ALLEN CARPENTER,             Livingston CC: 05-015250-FH
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008                                 _____

t0317                                             Clerk